# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Carman, Mark L. | U.S. District Court | 04/28/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

U.S. District Court
P.O. Box 387, Yellowstone National Park, WY 82190

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Manager | Flying Fox Properties, LLC |
| 2. | President | RMAVIT Building One Condo Ass. (See Part VIII) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 04/28/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Carman, Mark L.** | 04/28/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Charles Scwab Bank | Pledged Asset Line of Credit | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Carman, Mark L.** | 04/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Brokage Account #1 | | | | | | | | | |
| 2.   --Schwab Money Fund | A | Int./Div. | K | T | | | | | |
| 3.   --3M Company (MMM) | A | Dividend | J | T | Sold (part) | 08/17/20 | J | B | |
| 4. | | | | | Sold (part) | 11/02/20 | J | A | |
| 5.   --Abbott Laboratories (ABT) | A | Dividend | J | T | Sold (part) | 11/02/20 | J | A | |
| 6.   --Abbvie Inc (ABBV) | A | Dividend | J | T | | | | | |
| 7.   --Agilent Technologies Inc (A) | A | Dividend | J | T | Sold (part) | 01/07/20 | J | A | |
| 8. | | | | | Sold (part) | 08/10/20 | J | A | |
| 9.   --Air Products & Chemicals Inc (APD) | A | Dividend | J | T | Sold (part) | 05/16/20 | J | A | |
| 10. | | | | | Sold (part) | 08/04/20 | J | A | |
| 11.   --Apple, Inc - (AAPL) | A | Dividend | K | T | Sold (part) | 01/10/20 | J | C | |
| 12. | | | | | Sold (part) | 02/11/20 | J | B | |
| 13. | | | | | Sold (part) | 12/07/20 | J | C | |
| 14.   --Auto Data Processing (ADP) | A | Dividend | J | T | Sold (part) | 08/04/20 | J | B | |
| 15.   --BlackRock Inc (BLK) | A | Dividend | J | T | Sold (part) | 12/07/20 | J | B | |
| 16.   --Danaher Corp (DHR) | A | Dividend | J | T | Sold (part) | 05/06/20 | J | A | |
| 17. | | | | | Sold (part) | 11/02/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 04/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. --Fortive Corp -(FTV) (Spin off Danaher) | A | Dividend | J | T | | | | | |
| 19. --Disney Walt Co - (DIS) | A | Dividend | J | T | Sold (part) | 11/02/20 | J | A | |
| 20. --Equifax Inc (EFX) | A | Dividend | J | T | | | | | |
| 21. --Exxon Mobil Corporation (XOM) | A | Dividend | J | T | | | | | |
| 22. --General Dynamics Corp (GD) | A | Dividend | J | T | Sold (part) | 08/26/20 | J | A | |
| 23. --Alphabet Inc Cl A (GOOGL) | A | Dividend | J | T | Sold (part) | 01/08/20 | J | A | |
| 24. | | | | | Sold (part) | 12/07/20 | J | C | |
| 25. --Home Depot Inc (HD) | A | Dividend | J | T | Sold (part) | 11/02/20 | J | A | |
| 26. --JP Morgan Chase & Co (JPM) | A | Dividend | J | T | Sold (part) | 02/11/20 | J | A | |
| 27. | | | | | Sold (part) | 12/07/20 | J | B | |
| 28. --Microsoft Corp (MSFT) | A | Dividend | K | T | Sold (part) | 01/07/20 | J | A | |
| 29. | | | | | Sold (part) | 02/11/20 | J | A | |
| 30. | | | | | Sold (part) | 04/13/20 | J | A | |
| 31. --NASDAQ Inc (NDAQ) | A | Dividend | J | T | Sold (part) | 04/14/20 | J | A | |
| 32. | | | | | Sold (part) | 12/07/20 | J | A | |
| 33. --Nike Inc Class B - (NKE) | A | Dividend | J | T | | | | | |
| 34. --PayPal Holdings Inc (PYPL) | A | Dividend | K | T | Sold (part) | 01/08/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Carman, Mark L.** | 04/28/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Sold<br>(part) | 12/07/20 | J | A | |
| 36.  --Costco Wholesale (COST) | A | Dividend | J | T | Sold<br>(part) | 01/07/20 | J | A | |
| 37. | | | | | Sold<br>(part) | 10/12/20 | J | B | |
| 38.  --Amazon.com Inc - (AMZN) | A | Dividend | J | T | Sold<br>(part) | 04/29/20 | J | B | |
| 39. | | | | | Sold<br>(part) | 11/02/20 | J | B | |
| 40. | | | | | Sold<br>(part) | 12/07/20 | J | B | |
| 41.  --Fidelity National Information (FIS) | A | Dividend | J | T | Sold<br>(part) | 09/02/20 | J | B | |
| 42.  --Procter & Gamble Co (PG) | A | Dividend | J | T | | | | | |
| 43.  --TJX Companies Inc (TJX) | A | Dividend | J | T | | | | | |
| 44.  --Sherwin Williams Co (SHW) | A | Dividend | J | T | Sold<br>(part) | 01/08/20 | J | A | |
| 45.  --Stryker Corp (SYK) | A | Dividend | J | T | Sold<br>(part) | 01/08/20 | J | A | |
| 46. | | | | | Sold<br>(part) | 07/31/20 | J | B | |
| 47.  --Wells Fargo & Co (WFC) | A | Dividend | | | Sold | 03/23/20 | J | A | |
| 48.  -- Facebook (FB) | A | Dividend | J | T | | | | | |
| 49.  --Lincoln Nat (LNC) | A | Dividend | | | Sold | 03/12/20 | J | A | |
| 50.  --Broadcom (AVGO) | A | Dividend | J | T | | | | | |
| 51.  --DH Horton (DHI) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 04/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. --Deere (DE) | A | Dividend | J | T | | | | | |
| 53. --Salesforce (CRM) | A | Dividend | J | T | | | | | |
| 54. --Vontier Corp (VNT) | A | Dividend | J | T | Spinoff<br>(from line 18) | 10/19/20 | J | | |
| 55. --Mastercard (MA) | A | Dividend | J | T | Buy | 03/26/20 | J | | |
| 56. --Schwab Strategic Tr Emerging -Mkts<br>Equity (SCHE) ETF - SCHE | A | Dividend | K | T | Sold<br>(part) | 01/08/20 | J | A | |
| 57. | | | | | Sold<br>(part) | 03/16/20 | J | A | |
| 58. | | | | | Sold<br>(part) | 03/19/20 | J | A | |
| 59. | | | | | Buy<br>(add'l) | 10/22/20 | J | | |
| 60. --iShares S&P Mid-Cap 400 Growth (IJK) | A | Dividend | K | T | Sold<br>(part) | 01/07/20 | J | A | |
| 61. | | | | | Sold<br>(part) | 08/04/20 | J | A | |
| 62. | | | | | Sold<br>(part) | 12/07/20 | J | B | |
| 63. --IQ Hedge Multi-Strategy Tracker (QAI) | A | Dividend | K | T | Sold<br>(part) | 01/07/20 | J | A | |
| 64. | | | | | Sold<br>(part) | 02/11/20 | J | A | |
| 65. | | | | | Sold<br>(part) | 09/03/20 | J | A | |
| 66. | | | | | Sold<br>(part) | 09/11/20 | J | A | |
| 67. --SPDR S&P MidCap 400 (MDY) | A | Dividend | K | T | Sold<br>(part) | 09/03/20 | J | A | |
| 68. --iShares MSCI Canada Index (EWC) | A | Dividend | | | Sold | 03/16/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 04/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. --iShares S&P SmallCap 600 Index - (IJR) | A | Dividend | K | T | Sold (part) | 01/08/20 | J | A | |
| 70. | | | | | Sold (part) | 09/03/20 | J | A | |
| 71. | | | | | Sold (part) | 12/07/20 | J | C | |
| 72. --Vanguard Interm Term Tax-Exempt Admiral (VWIUX) | C | Dividend | L | T | Sold (part) | 09/03/20 | J | A | |
| 73. --Vanguard High Yield Tax Exempt Fund (VWALX) | C | Dividend | K | T | Sold (part) | 09/03/20 | J | A | |
| 74. --Vanguard Ltd Term Tax Exempt Admiral (VMLUX) | A | Dividend | M | T | Sold (part) | 01/08/20 | J | A | |
| 75. | | | | | Sold (part) | 02/11/20 | J | A | |
| 76. | | | | | Sold (part) | 09/03/20 | J | A | |
| 77. | | | | | Buy (add'l) | 09/16/20 | J | | |
| 78. --Vanguard Pacific Stock - (VPL) | B | Dividend | | | Sold | 03/18/20 | K | A | |
| 79. --Schwab Internationl Equity -(SCHF) | B | Dividend | | | Sold | 03/13/20 | L | A | |
| 80. --iShares Dow Jones US Oil - (IEO) | A | Dividend | | | Sold | 03/11/20 | J | A | |
| 81. --Vangurad FTSE Europe (VGK) | A | Dividend | | | Sold (part) | 01/07/20 | J | A | |
| 82. | | | | | Sold (part) | 02/11/20 | J | A | |
| 83. | | | | | Sold | 03/16/20 | J | A | |
| 84. --Real Estate Select (XLRE) | A | Dividend | J | T | Sold (part) | 01/08/20 | J | A | |
| 85. | | | | | Sold (part) | 12/07/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 04/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  --Driehaus Emrg Mkts Gwth (DIEMX) | A | Dividend | K | T | Sold (part) | 01/13/20 | J | A | |
| 87. | | | | | Sold (part) | 12/07/20 | J | B | |
| 88.  --Select Str. Financial Select SPDR(XLF) | A | Dividend | | | Sold | 03/06/20 | J | A | |
| 89.  --JPMorgan Betabuilders | | Dividend | K | T | Buy | 03/16/20 | J | | |
| 90. | | | | | Buy (add'l) | 10/28/20 | J | | |
| 91.  --Vanguard FTSE Dev. (VEA) | A | Dividend | M | T | Buy | 03/17/20 | K | | |
| 92. | | | | | Buy (add'l) | 03/18/20 | K | | |
| 93. | | | | | Buy (add'l) | 03/19/20 | J | | |
| 94.  --Vanguard FTSE Emerg (VWO) | A | Dividend | K | T | Buy | 03/20/20 | K | | |
| 95.  --JPMorgan Hedged (JHEQX) | A | Dividend | K | T | Buy | 09/11/20 | K | | |
| 96. | | | | | Buy (add'l) | 10/09/20 | J | | |
| 97.  --Scwhab Value Adv (SWVXX) | A | Dividend | | | Buy | 01/16/20 | J | | |
| 98. | | | | | Buy (add'l) | 06/01/20 | J | | |
| 99. | | | | | Sold (part) | 11/02/20 | J | A | |
| 100. | | | | | Sold | 12/07/20 | J | A | |
| 101.  TRUST #3 | | | | | | | | | |
| 102.  --Schwab Money Market | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 04/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  --iShares S&P 500 Growth Index - (IVW) | A | Dividend | J | T | Sold<br>(part) | 12/07/20 | J | B | |
| 104.  --iShares S&P Mid-Cap 400 Growth - (IJK) | A | Dividend | J | T | | | | | |
| 105.  --SPDR S&P MidCap 400 - (MDY) | A | Dividend | J | T | Sold<br>(part) | 12/07/20 | J | B | |
| 106.  --iShares S&P SmallCap 600 Growth ETF - (IJT) | A | Dividend | | | Sold | 07/28/20 | J | A | |
| 107.  --iShares S&P SmallCap 600 Index (IJR) | A | Dividend | | | Sold | 07/28/20 | J | A | |
| 108.  --Vanguard FTSE Europe - (VGK) | A | Dividend | | | Sold<br>(part) | 01/27/20 | J | A | |
| 109. | | | | | Sold | 03/16/20 | J | A | |
| 110.  --IQ Hedge Multi-Strategy Tracker - (QAI) | A | Dividend | | | Sold<br>(part) | 04/28/20 | J | A | |
| 111. | | | | | Sold | 07/28/20 | J | A | |
| 112.  --iShares Core US Aggregate Bond - (AGG) | A | Dividend | | | Sold<br>(part) | 04/28/20 | J | A | |
| 113. | | | | | Sold | 07/28/20 | J | A | |
| 114.  --Vanguard Pacific Stock (VPL) | A | Dividend | | | Sold | 07/27/20 | J | A | |
| 115.  --iShares S&P 500 Value (IVE) | A | Dividend | J | T | Sold<br>(part) | 12/07/20 | J | B | |
| 116.  --Schwab Strategic Tr Emerging Mkts Equity - (SCHE) | A | Dividend | | | Sold<br>(part) | 01/27/20 | J | A | |
| 117. | | | | | Sold | 04/28/20 | J | A | |
| 118.  --SPDR DoubleLine Total Return - (TOTL) | A | Dividend | | | Sold | 07/28/20 | J | A | |
| 119.  Templeton Global Advisors Limited | A | Dividend | K | T | | | | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 04/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. Templeton Investment Consel LLC | A | Dividend | K | T | | | | | |
| 121. Pacific Life Insuarne Whole Life Policy | A | Interest | J | T | | | | | |
| 122. Brokerage Acct #2 | | | | | | | | | |
| 123. --Schwab Money Fund (SWVXX) | A | Interest | M | T | Sold<br>(part) | 01/06/20 | K | A | |
| 124. | | | | | Sold<br>(part) | 02/06/20 | K | A | |
| 125. | | | | | Sold<br>(part) | 02/24/20 | M | A | |
| 126. | | | | | Sold<br>(part) | 04/06/20 | K | A | |
| 127. | | | | | Sold<br>(part) | 04/17/20 | J | A | |
| 128. | | | | | Sold<br>(part) | 05/28/20 | K | A | |
| 129. IRA #1 | | | | | | | | | |
| 130. --Microsoft | A | Dividend | K | T | | | | | |
| 131. --Schwab Cash | A | Interest | J | T | | | | | |
| 132. IRA #2 | | | | | | | | | |
| 133. --Schwab Money Market | A | Interest | J | T | | | | | |
| 134. --iShares Barclarys Aggregate Bond (AGG) | A | Dividend | J | T | | | | | |
| 135. --iShares S&P 500 Citigroup Value Indes (IVE) | A | Dividend | K | T | | | | | |
| 136. --iShares S&P 500 Growth Indes (IVW) | A | Dividend | K | T | Sold<br>(part) | 07/28/20 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 04/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  --iShares S&P MidCap 400 Growth (IJK) | A | Dividend | J | T | | | | | |
| 138.  --iShares S&P SmallCap 600 (IJT) | A | Dividend | J | T | Sold<br>(part) | 07/28/20 | J | A | |
| 139.  --Vanguard Eurpoean Stock (VGK) | A | Dividend | K | T | | | | | |
| 140.  --IQ Hedge Multi-Strategy Trachker (QAI) | A | Dividend | J | T | | | | | |
| 141.  --iShares S&P Small Cap Core (IJR) | A | Dividend | J | T | | | | | |
| 142.  --Vanguard Pacific Stock (VPL) | A | Dividend | J | T | | | | | |
| 143.  --Schwab Emerging Mkt. (SCHE) | A | Dividend | J | T | | | | | |
| 144.  --SPDR DoubledLine (TOTL) | A | Dividend | J | T | | | | | |
| 145.  --IShares Mid-Cap (IJH) | A | Dividend | | | Sold | 03/23/20 | J | A | |
| 146.  -- Schwab US mc (SCHM) | A | Dividend | J | T | Buy | 03/23/20 | J | | |
| 147.  --SPDR S&P Growth (SPYG) | A | Dividend | J | T | Buy | 10/21/20 | J | | |
| 148.  --SPDR S&P Value (SPYV) | A | Dividend | J | T | Buy | 07/28/20 | J | | |
| 149.  IRA #3 | | | | | | | | | |
| 150.  --SPDR DoubleLine Total Return (TOTL) | A | Dividend | J | T | Buy<br>(add'l) | 10/20/20 | J | | |
| 151.  --SPDR Utilities Select Sector - (XLU) | A | Dividend | J | T | | | | | |
| 152.  --First Trust Dow Jones Internet Index -<br>(FDN) | A | Dividend | J | T | Sold<br>(part) | 08/20/20 | J | A | |
| 153.  --SPDR Materials Select Sector - (XLB) | A | Dividend | J | T | Sold<br>(part) | 01/27/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 04/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --Vanguard Intermediate Term Corp Bond Index - (VCIT) | A | Dividend | | | Sold | 03/23/20 | J | A | |
| 155. --Vanguard Mortgagebacked Securities Index (VMBS) ETF - VMBS | A | Dividend | J | T | Buy (add'l) | 10/20/20 | J | | |
| 156. --iShares S&P SmallCap 600 Growth ETF - (IJT) | A | Dividend | J | T | Sold (part) | 08/24/20 | J | A | |
| 157. --SPDR Energy Select Sector - (XLE) | A | Dividend | J | T | | | | | |
| 158. --Schwab Hedged Equity - (SWHEX) | A | Dividend | | | Sold | 03/04/20 | J | A | |
| 159. --iShares S&P SmallCap 600 Index - (IJR) | A | Dividend | J | T | | | | | |
| 160. --SPDR Industrial Select Sector - (XLI) | A | Dividend | K | T | | | | | |
| 161. --SPDR Health Care Select Sector - (XLV) | A | Dividend | K | T | Sold (part) | 01/27/20 | J | A | |
| 162. | | | | | Sold (part) | 10/20/20 | J | A | |
| 163. --Guggenheim S&P Equal Weight Financial - (RYF) | A | Dividend | | | Sold | 04/15/20 | J | A | |
| 164. --Vanguard Information Technology - (VGT) | A | Dividend | K | T | Buy (add'l) | 04/02/20 | J | | |
| 165. --IQ Hedge mult-Strategy (QAI) | A | Dividend | J | T | Buy (add'l) | 01/27/20 | J | | |
| 166. | | | | | Sold (part) | 04/17/20 | J | A | |
| 167. | | | | | Sold (part) | 04/28/20 | J | A | |
| 168. --iShares S&P Mid Cap (IJK) | A | Dividend | J | T | | | | | |
| 169. --Schwab Emerging Markets (SCHE) | A | Dividend | K | T | Buy (add'l) | 04/28/20 | J | | |
| 170. --SPDR Fund Consumer (XLY) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 04/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  --Vanguard FTSE Pacific (VPL) | A | Dividend | K | T | | | | | |
| 172.  --iShares Floating RAte Bond (FLOT) | A | Dividend | | | Sold | 04/28/20 | J | A | |
| 173.  --Index Merger (MNA) | A | Dividend | | | Sold | 03/20/20 | J | A | |
| 174.  --Vanguard Europe (VGK) | A | Dividend | L | T | Buy | 04/28/20 | K | | |
| 175.  --SPDR Consumer Staples (XLP) | A | Dividend | J | T | | | | | |
| 176.  --SPDR Real Estate Select (XLRE) | A | Dividend | J | T | | | | | |
| 177.  --Comm Sve Select (XLC) | A | Dividend | K | T | | | | | |
| 178.  --Schwab Short Treas. (SCHO) | A | Int./Div. | | | Sold | 04/28/20 | J | A | |
| 179.  --IShares Corp Bond (SHYG) | A | Interest | J | T | | | | | |
| 180.  --Pimco Trends Futures (PQTIX) | A | Dividend | J | T | | | | | |
| 181.  --IShares Core MSCI (IEMG) | A | Dividend | J | T | | | | | |
| 182.  --IShares Core Mid-Cap (IJH) | A | Dividend | | | Sold | 03/23/20 | J | A | |
| 183.  --IShares Tip Bond (STIP) | A | Int./Div. | J | T | Buy<br>(add'l) | 09/18/20 | J | | |
| 184.  --JPMorgan BetaBuilders Can. (BBCA) | A | Dividend | J | T | | | | | |
| 185.  --Nuveen Eqty Mark (NIMEX) | A | Dividend | | | Buy<br>(add'l) | 01/27/20 | J | | |
| 186. | | | | | Sold | 03/04/20 | J | A | |
| 187.  --Schwab Money Fund (SWVXX) | A | Interest | J | T | Buy<br>(add'l) | 09/18/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 04/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Sold<br>(part) | 10/20/20 | J | A | |
| 189. --Schwab US MC (SCHM) | A | Dividend | K | T | Buy | 03/23/20 | J | | |
| 190. | | | | | Buy<br>(add'l) | 04/28/20 | J | | |
| 191. --Invesco Muni Bond (BAB) | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 192. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 193. --ISHARES AAA CORP (QLTA) | A | Dividend | J | T | Buy | 03/23/20 | J | | |
| 194. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 195. --ISHARES AGENCY BD. (AGZ) | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 196. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 197. --Select SPCR ETF (XLF) | A | Dividend | K | T | Buy | 04/15/20 | J | | |
| 198. --JPMorgan Strat Income (JSOSX) | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 199. --Arbitrage I (ARBNX) | A | Dividend | J | T | Buy | 03/20/20 | J | | |
| 200. --Blackrock Event (BILPX) | A | Dividend | J | T | Buy | 04/17/20 | J | | |
| 201. --Goldman Sachs (GJRTX) | A | Dividend | J | T | Buy | 04/17/20 | J | | |
| 202. --JPMorgan Hedged (JHEQX) | A | Dividend | J | T | Buy | 03/04/20 | J | | |
| 203. --Pimco Credit (PCARX) | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 204. Flying Fox Properties, LLC | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 04/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  --Checking Bank of Bozeman | A | Interest | J | T | | | | | |
| 206.  --Chukker Creek (Aiken, SC) (See VIII) | A | Rent | N | R | | | | | |
| 207.  L Quarter Circle LLC (Campbell County, WY) Apprasial date March 2010 | D | Royalty | M | Q | | | | | |
| 208. | | | | | | | | | |
| 209. | | | | | | | | | |
| 210. | | | | | | | | | |
| 211. | | | | | | | | | |
| 212. | | | | | | | | | |
| 213. | | | | | | | | | |
| 214. | | | | | | | | | |
| 215. | | | | | | | | | |
| 216. | | | | | | | | | |
| 217. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Carman, Mark L.** | 04/28/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I.  RMAVIT  This is an association of the owners of a four condo aircraft hanger building.  Flying Fox has owned the hanger for 6 years, but I never thougth to include this association until I was elected president.

Part VII.  Line 206:  Price $320,000 July 3, 2017.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Mark L. Carman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544